IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LEE H. CALHOUN, JR.

                    Petitioner,                              ORDER

           v.                                           08-cv-128-bbc

MARYLN BACHHUBOR, KRISTY
ZANDER, TOM MARQUARDT and
MIKE WILLIAMS,

                    Respondents.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

        Petitioner Lee H. Calhoun, Jr., a prisoner at the Shawano County jail in Shawano,

Wisconsin, has submitted a proposed complaint.  He asks for leave to proceed in forma

pauperis.  Because petitioner is a prisoner, he is subject to the 1996 Prisoner Litigation

Reform Act.  This means that before this court may decide whether he can proceed with his

complaint in forma pauperis, petitioner will have to make an initial partial payment of the

filing fee in the amount of $37.37 and the remainder of the fee in monthly installments even

if his request for leave to proceed is denied.


                              ORDER

        IT IS ORDERED that petitioner is assessed $37.37 as an initial partial payment of

the $350 fee for filing this case.  He is to submit a check or money order made payable to the clerk of court in the amount of $37.37 on or before March 25, 2008.  If, by March 25, 2008, petitioner fails to make the initial partial payment or show cause for his failure to do so, he will be held to have withdrawn this action voluntarily.  In that event, the clerk of court is directed to close this file without prejudice to petitioner's filing his case at a later date.

Entered this 5th day of March, 2008.

BY THE COURT:

/s/

_____

BARBARA B. CRABB
District Judge